IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BULL MOUNTAIN SANITATION, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> ALLIED WASTE SERVICES OF NORTH AMERICA, L.L.C., d/b/a REPUBLIC SERVICES OF MONTANA, and BAYSIDE DISPOSAL, INC., d/b/a DISPOSAL SERVICE OF MONTANA, <br><br> Defendant. | CV 18-147-SPW-TJC <br><br> **ORDER STRIKING FILING** |

Plaintiff filed a Notice of Serving Subpoena. (Doc. 29.) Upon reviewing the filing, the Court notes that Plaintiff failed to adhere to Local Rule 26.2(a) "Filing Prohibited," which states:

> Pursuant to Fed. R. Civ. P. 5(d)(1), initial disclosures under Fed. R. Civ. P. 26(a)(1)(A), depositions, interrogatories, requests for documents, requests for admissions, answers, responses, and objections, expert disclosures, expert reports, notices of deposition, <u>notices of service of subpoena</u>, and certificates or notices indicating service of discovery documents on opposing parties are not routinely filed. (Emphasis added.)

L.R. 26.2(b) excepts subsection (a), but only if a <u>motion</u> is filed relating to discovery. Here, no motion was filed relating to discovery but instead a notice of serving subpoena.

Adherence to L.R. 26.2 allows the Court, and often the parties, to handle matters more expeditiously. Compliance with the local rule is required.

Accordingly, **IT IS ORDERED** that Plaintiff's Notice of Serving Subpoena is rejected and shall be stricken from the record.

DATED this 25th day of September, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge