IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BULL MOUNTAIN SANITATION, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> ALLIED WASTE SERVICES OF NORTH AMERICA, L.L.C., *et al*, <br><br> Defendants. | CV 18-147-BLG-SPW-TJC <br><br> ORDER |

The parties having filed an Amended Joint Status Report (Doc. 58) pursuant to the Court's Order of May 4, 2020 (Doc. 58), the Court agrees that the documents at issue should be filed under seal for in camera review.   Accordingly,

IT IS HEREBY ORDERED that the Defendant shall file the documents at issue by **May 27, 2020,** for in camera review. The filed documents shall remain under SEAL.

DATED this 22nd day of May, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge