UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BULL MOUNTAIN SANITATION, LLC, | Case No. CV-18-147-BLG-SPW |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| ALLIED WASTE SERVICES OF NORTH AMERICA, LLC et al, | |
| Defendants. | |

　　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

**JUDGMENT IN FAVOR OF DEFENDANTS AGAINST PLAINTIFF.**

　　　Dated this 10th day of February, 2021.

　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　By: /s/ A. Carrillo
　　　　　　　　A. Carrillo, Deputy Clerk